UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                    Case No. 06-cr-40063-JPG

MERVYN T. BUTLER,

        Defendant.

## MEMORANDUM AND ORDER

       This matter comes before the Court on the Government's Motion for Extension of Time to Respond to Defendant's *Pro Se* Motion for Fees.  (Doc. 250).  The Court, for good cause and in its discretion, may extend the time in which a response is due.  Fed. R. Civ. P. 6(b).  Here, due to the allegations contained in the Defendant's Motion for Attorney's Fees, an attorney other than the Assistant United States Attorney who prosecuted the Defendant will be filing the Government's response.  That attorney will need time to review the case and trial transcript before filing a response.  Therefore, the Court GRANTS the Motion for Extension of Time to Respond (Doc. 250).  The Government's response is due on or before April 25, 2008.

**IT IS SO ORDERED.**
**DATED: March 21, 2008**

                    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**