UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MERVYN T. BUTLER,<br><br>　　　　　Defendant. | Case No. 06-cr-40063-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Mervyn T. Butler's Motion to Inspect Entire Legal File in Order to Establish Burden of Proof and to Perfect his Hyde Amendment Claim Seeking Attorney's Fees and Costs (Doc. 332). On June 10, 2008, after a hearing, the Court denied Butler's motion for attorney's fees brought pursuant to the Hyde Amendment, but gave Butler 30 days in which to refile. Butler has not filed an amended motion for attorney's fees pursuant to the Hyde Amendment. As such, there is no basis for the instant motion, as it seeks to perfect a claim not before the Court. In addition, Butler has given the Court no indication of what he expects to find in the Government's files, nor why he could not obtain the information sought from his own attorney. For the foregoing reasons, the Court **DENIES** Butler's Motion (Doc. 332).

**IT IS SO ORDERED.**
**DATED: July 23, 2008**

　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**